No. 83–97. NEVADA, BY AND THROUGH THE WELFARE DIVISION OF THE DEPARTMENT OF HUMAN RESOURCES *v.* VINE ET AL. Sup. Ct. Nev. Motion of respondent John Michael Vine for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 83–300. CITY OF LOS ANGELES DEPARTMENT OF WATER AND POWER *v.* NATIONAL AUDUBON SOCIETY ET AL. Sup. Ct. Cal. Certiorari denied. JUSTICE REHNQUIST took no part in the consideration or decision of this petition.

No. 83–434. FOOLS CROW ET AL. *v.* GULLET ET AL. C. A. 8th Cir. Motions of Christic Institute et al. and American Civil Liberties Union et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 83–465. RONWIN *v.* SUPREME COURT OF ARIZONA. Sup. Ct. Ariz. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.